UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jose Castro
_____
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

FJC Security Services, INC.
_____
_____
_____
_____
_____
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**12 CV 8877**

U.S. DISTRICT COURT FILED
DEC 0 5 2012
S.D. OF N.Y.

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED
DEC 0 5 2012
PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Jose Castro
             Street Address  2390 Second Ave 1-E
             County, City  New York, NY
             State & Zip Code  10035
             Telephone Number  917-715-4750

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1   Name **FJC Security Services**
Street Address **275 Jericho Turnpike**
County, City **Floral Park, NY 11001**
State & Zip Code
Telephone Number **516-328-6000**

Defendant No. 2   Name **FJC security Services**
Street Address **JFK Cargo Center Bldg 75**
County, City **Room 228 Jamaica**
State & Zip Code **NY 11430**
Telephone Number

Defendant No. 3   Name
Street Address
County, City
State & Zip Code
Telephone Number

Defendant No. 4   Name
Street Address
County, City
State & Zip Code
Telephone Number

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ☑ Federal Questions          ☑ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Title VII, Discrimination, retaliation failing to accomodate for Religion reasons - Unfair Labor practice, Favoritism -**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
   Plaintiff(s) state(s) of citizenship **New York**
   Defendant(s) state(s) of citizenship **Jamaica NY -**

*Rev. 05/2010*

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? At the work Place La Gawrdia Air Port.

B. What date and approximate time did the events giving rise to your claim(s) occur? Febuary 2011 and continue

C. Facts: All my complain and Exbits will be submited when I submit a Amended complaint

**What happened to you?**

**Who did what?** I had only 90 days to file this Law Suite according to the E.E.O.C.

**Was anyone else involved?**

**Who else saw what happened?**

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Emotional distress and hardship. The Company making it a working hostle evirhment.

EEOC Form 161 (11/09)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jose Castro<br>2390 Second Avenue #1E<br>New York, NY 10035 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ]    On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2012-01136 | Holly M. Woodyard, Investigator | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other (briefly state)     **Charging Party wishes to pursue matter in Federal District Court.**

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_[signature]_     September 7, 2012

Kevin J. Berry,
District Director     (Date Mailed)

Enclosures(s)

cc:
FJC SECURITY SERVICES INC.
Attn: Director of Human Resources
JFK Cargo Center Bldg 75, Room 228
Jamaica, NY 11430

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am seeking for a monetary of $75,000. Seventy five thousand dollars for causing me emotional distress, hardship, stress for failing to acomodate me for religious reason which cause me to unable to complete my Bible school 4 Year at the Biblical institute. I could not focus. Also violate equal Job opportunity. I like the court to hav FJC exsponge my unjust suspension out of my file.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5 day of December, 2012

Signature of Plaintiff: Jose Cortez

Mailing Address: 2390 Second Ave 1-E New York NY 10035

Telephone Number: 917-715-4750

Fax Number (if you have one): ___

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this ___ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ___

Inmate Number: ___

Rev. 05/2010